IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3246 |
| | ) | |
| v. | ) | |
| | ) | |
| BUGEATER INVESTMENTS, INC., A | ) | ORDER ON VOLUNTARY DISMISSAL |
| Nebraska Corporation, | ) | OF COUNTERCLAIM WITH PREJUDICE |
| | ) | AND MOTION TO DISMISS |
| Defendant. | ) | |
| | ) | |

    The defendant, by and through its counsel, filed a Voluntary Dismissal of Counterclaim with Prejudice, filing 26, in the above-titled case. The defendant states that "Plaintiff and Defendant have reached a walkway agreement where Plaintiff will dismiss her lawsuit against Defendant with prejudice in exchange for Defendant's agreement to dismiss its counterclaim against Plaintiff, with prejudice."

    The plaintiff, by and through her counsel, filed a Motion to Dismiss, filing 27, in the above-titled case. The plaintiff states that the plaintiff "does hereby move the court for an order dismissing the claims made by the Plaintiff in the above-entitled matter with prejudice. The parties have agreed that the Defendant will simultaneously dismiss all counter-claims with prejudice, each party to bear their own costs."

    IT THEREFORE IS ORDERED that this case in its entirety is dismissed with prejudice, each party to bear her and its own costs.

    Dated July 7, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge